No. 14-3876

*In the*
# United States Court of Appeals
*for the*
# Eighth Circuit

---

Jesse Ventura a/k/a James G. Janos,

                        Plaintiff-Appellee,

vs.

Taya Kyle, as Executor of the Estate of Chris Kyle

                        Defendant-Appellant.

---

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MINNESOTA
Civ. No. 12-cv-472 (RHK/JJK) – District Judge Richard H. Kyle

---

**RESPONSE TO DAVID ANDREW CHRISTENSON
MOTION TO INTERVENE**

---

**FAEGRE BAKER DANIELS LLP**
John P. Borger (Minn. #9878)
Charles F. Webber (Minn. #215247)
Leita Walker (Minn. #387095)
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
*Attorneys for Appellant Taya Kyle,
Executor of the Estate of Chris Kyle*

Appellant Taya Kyle, executor of the Estate of Chris Kyle, objects to the motion to intervene by David Andrew Christenson.

The proposed intervenor's accompanying papers do not identify any interest he has that will be affected by resolution of any of the issues presented on this appeal, nor do they provide any reason to believe that the proposed intervenor has any perspectives that would assist this Court in the resolution of any of the issues presented on this appeal.

This Court should deny the motion.

Dated: February 20, 2015

    Respectfully submitted,

**FAEGRE BAKER DANIELS LLP**

By: /s/ John P. Borger
    John P. Borger, #9878
    Charles F. Webber #215247
    Leita Walker, #387095
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402
    Telephone: (612) 766-7000
    Fax: (612) 766-1600
Attorneys for Appellant Taya Kyle, Executor of the Estate of Chris Kyle

# CERTIFICATE OF SERVICE AND FILING

I hereby certify that on the 20th day of February, 2015, I electronically filed the forgoing **Response to David Andrew Christenson Motion to Intervene** with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: February 20, 2015 /s/ John P. Borger
John P. Borger