# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-3876
_____

Jesse Ventura, also known as James G. Janos

Plaintiff - Appellee

v.

Taya Kyle, as Executor of the Estate of Chris Kyle

Defendant - Appellant

------------------------------

33 Media Companies and Organizations; The First Amendment Scholars; Thomas More Law Center

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:12-cv-00472-RHK)
_____

**JUDGMENT**

Before RILEY, Chief Judge, SMITH and SHEPHERD, Circuit Judges.

  This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

  After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

                         June 13, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans