No. 14-3876

# *In the*
# United States Court of Appeals
## *for the*
# Eighth Circuit

Jesse Ventura a/k/a James G. Janos,

Plaintiff-Appellee,

vs.

Taya Kyle, as Executor of the Estate of Chris Kyle,

Defendant-Appellant.

ON APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MINNESOTA
Civ. No. 12-cv-472 (RHK/JJK) – District Judge Richard H. Kyle

**APPELLEE'S MOTION FOR EXTENSION OF
TIME TO FILE PETITION FOR REHEARING**

**HENSON & EFRON, P.A.**
David Bradley Olsen (Minn. #197944)
Court J. Anderson, (Minn. #331570)
John N. Bisanz, Jr. (Minn. #0389098)
Benjamin J. Hamborg (Minn. #0395401)
220 South Sixth Street, Suite 1800
Minneapolis, Minnesota 55402-4503
Telephone: 612-339-2500
Facsimile: 612-339-6364
*Attorneys for Plaintiff-Appellee
Jesse Ventura a/k/a James G. Janos*

Appellee Jesse Ventura, a/k/a James G. Janos ("Ventura"), hereby moves the Court under 8th Cir. Rule 27A(a)(15) for a 14-day extension of time until July 11, 2016, to file and serve a petition for rehearing pursuant to Fed. R. App. P. 40 and 35. Ventura has not previously requested an extension of time to file his petition for rehearing. Good cause exists for Ventura's requested extension of time due to the complicated nature of the underlying trial and appeal, which included amici filings by multiple parties, and because the current deadline creates substantial personal and professional scheduling conflicts for the undersigned counsel.

**HENSON & EFRON, P.A.**

Dated: June 22, 2016

By  /s/ *David Bradley Olsen*
David Bradley Olsen (Minn. #197944)
Court J. Anderson, (Minn. #331570)
John N. Bisanz, Jr. (Minn. #0389098)
Benjamin J. Hamborg (Minn. #0395401)
220 South Sixth Street, Suite 1800
Minneapolis, Minnesota  55402-4503
Telephone:  612-339-2500
Facsimile:   612-339-6364
*Attorneys for Plaintiff-Appellee*
*Jesse Ventura a/k/a James G. Janos*

# CERTIFICATE OF SERVICE AND FILING

I hereby certify that on the 22nd day of June, 2016, I electronically filed the foregoing **Appellee's Motion for Extension of Time to File Petition for Rehearing** with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: June 22, 2016.

/s/ *David Bradley Olsen*
David Bradley Olsen